UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUESDAY KIMBERLY SHANK,<br><br>                    Plaintiff,<br><br>      v.<br><br>CAROLYN COLVIN, Commissioner of Social Security,<br><br>                    Defendant. | **16-cv-423 GSA**<br><br>**ORDER TO SHOW CAUSE** |

      On March 25, 2016, Plaintiff filed a complaint requesting a review of the Commissioner's denial of disability benefits. (Doc. 1). Pursuant to this Court's scheduling order issued on March 29, 2016, Plaintiff was required to file an opening brief no later than ninety-five days after the filing of the administrative record. (Doc. 5, pg. 2). The administrative record was filed on August 9, 2016. (Doc. 9). Accordingly, Plaintiff's opening brief was due no later than November 14, 2016. To date, no opening brief has been filed, and the parties have not stipulated to an extension of time.

      Therefore, Plaintiff is ordered to show cause why sanctions should not be imposed for a failure to comply with this Court's order. Plaintiff is ORDERED to file a written response to this

Order to Show Cause WITHIN five (5) days of the date of this Order.   Plaintiff should include any request for additional time to file the brief if needed in the response. The Court is aware that Defendant filed its response to Plaintiff's confidential letter brief on November 6, 2016. (Doc. 11).  However, no request for an extension of time was given to file any confidential letter briefs in this case.  Therefore, the opening brief was due on November 14, 2016.

**Failure to respond to this Order to Show Cause within the time specified may result in monetary or other sanctions.**

IT IS SO ORDERED.

Dated:   **December 1, 2016**                              **/s/ Gary S. Austin**
                                                                                   UNITED STATES MAGISTRATE JUDGE

2