UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUESDAY KIMBERLY SHANK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Commissioner of Social Security,<br><br>　　　　　Defendant. | **16-cv-423 GSA**<br><br><br>**ORDER TO SHOW CAUSE** |

On March 25, 2016, Plaintiff filed a complaint requesting a review of the Commissioner's denial of disability benefits. (Doc. 1). Plaintiff filed an opening brief on January 9, 2017. (Doc. 15). Pursuant to this Court's scheduling order issued on March 29, 2016, Defendant was required to file any Opposition to the Opening Brief within thirty days after the service of Plaintiff's brief. (Doc. 5, pgs. 2-3). To date, no Opposition has been filed, and the parties have not stipulated to an extension of time for such filing.

Therefore, Defendant is ordered to show cause why sanctions should not be imposed for a failure to comply with this Court's order. Defendant is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order. If Defendant

1

1  desires more time to file a brief, it should so state in the response.

2  **Failure to respond to this Order to Show Cause within the time specified may result in monetary or other sanctions.**

IT IS SO ORDERED.

Dated:   **February 15, 2017**                              /s/ Gary S. Austin
                                                UNITED STATES MAGISTRATE JUDGE