PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| TUESDAY KIMBERLY SHANK, | ) | Civil No. 1:16-cv-00423-GSA |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have an extension to March 24 to file her responsive brief or stipulated remand.  Defendant respectfully requests this additional time to consult with the client for the possibility of voluntary remand, and because the undersigned has an upcoming family vacation to Taiwan that will result in an absence from the office from Monday, February 27 through Friday, March 17, 2017.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief or remand stipulation will be Friday, March 24, 2017.

Respectfully submitted,

Date: *February 27, 2017*       FORSLUND LAW LLC

By:   */s/ Jacqueline Forslund\**
JACQUELINE FORSLUND
*\* By email authorization on Feb. 27, 2017*
Attorney for Plaintiff

Date: *February 27, 2017*       PHILIP A. TALBERT
United States Attorney

By:   */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation (Doc. 18), the Defendant's Opposition shall be filed no later than **March 24, 2017**. Plaintiff shall file any Reply no later than fifteen (15) days after the filing of the Opposition.

IT IS SO ORDERED.

Dated:   **February 28, 2017**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE