UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TUESDAY KIMBERLY SHANK,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A, BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:16-cv-00423-GSA<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) with instructions to reevaluate the medical evidence of record, reassess Plaintiff's residual functional capacity, make a new credibility determination, and take any further action deemed necessary to develop the record and issue a new decision.

                                        Respectfully submitted,

Date: <u>March 21, 2017</u>             FORSLUND LAW LLC

                            By:    <u>*/s/ Jacqueline Forslund\**</u>
                                  JAQUELINE FORSLUND

1

*By email authorization on March 21, 2017
Attorney for Plaintiff

Date: March 21, 2017

PHILIP A. TALBERT
United States Attorney

By:  /s/ Jeffrey Chen
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the stipulation filed by the parties on March 21, 2017 (Doc. 21), this case is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) with instructions to reevaluate the medical evidence of record, reassess Plaintiff's residual functional capacity, make a new credibility determination, and take any further action deemed necessary to develop the record and issue a new decision.

IT IS SO ORDERED.

Dated: **March 22, 2017**        /s/ Gary S. Austin
                    UNITED STATES MAGISTRATE JUDGE